**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 07-CV-841 |
| v. | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| **CARL G. SUMMANEN,** *et. al.*, | : | Magistrate Judge Terrence P. Kemp |
| | : | |
| Defendants. | : | |

## ORDER

The Court hereby administratively closes this case pending settlement negotiations. The Court retains jurisdiction over this matter and will reopen this case at the request of Plaintiff Deutsche Bank if the parties fail to come to an agreement.

**IT IS SO ORDERED**.

                                                       s/Algenon L. Marbley
                                                  **ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT COURT**

**Dated: August 6, 2008**